IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ILENE REED,

    Plaintiff,
vs.                                         CASE NO. 5:09cv237/RS-EMT

GULF COAST COMMUNITY COLLEGE,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 37) and Plaintiff's Objections And Exceptions To Order of Proposed Findings And Recommendations (Doc. 39). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.
2. Defendant's Motion for Summary Judgment (Doc. 16) is **granted**, and judgment shall be entered in favor of Defendant Gulf Coast Community College.
3. The clerk is directed to close the file.

**ORDERED** on July 26, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**